AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Thomas Hartley<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 5:20 MJ 57 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **between Aug 2018 and July 2020** in the county of **Monroe** in the **Middle** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 641 | Theft of Government Money; |
| 18 USC 287 | Fraudulent Claims Against the United States; |
| 18 USC 1001(a)(3) | False Statements or Entries. |

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Jeffrey Kemper, DOL OIG
*Printed name and title*

Sworn to before me and signed ~~in my presence~~ **by reliable electronic means**  *SFDS.*

Date: **Oct. 7, 2020**

*Judge's signature*

Joseph F. Saporito, Jr., U.S. Magistrate Judge
*Printed name and title*

City and state: **Wilkes-Barre, Pennsylvania**

FILED
WILKES BARRE
OCT 07 2020
PER MS
DEPUTY CLERK