## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 3:20-CR-269 |
| | : | |
| THOMAS HARTLEY | : | ELECTRONICALLY FILED |
| | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Thomas Hartley, in the above-captioned matter.

                                          Respectfully submitted,

                                          /s/ Patrick A. Casey
                                          Patrick A. Casey
                                          PA ID 50626
                                          pcasey@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Telephone: (570) 342-6100
Fax: (570) 342-6147

Date: October 26, 2020

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 26th day of October 2020:

>Robert J. O'Hara, Esquire
>US Attorney's Office
>P.O. Box 309
>235 North Washington Avenue
>Scranton, PA 18501

<u>/s/ Patrick A. Casey</u>