UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -vs- | : | No. 3: CR-20-269 |
| THOMAS HARTLEY | : | (Judge Mariani) |
| Defendant | | |

## STATUS REPORT

NOW, comes the United States of America, by and through counsel, David J. Freed, United States Attorney, and Robert J. O'Hara, Assistant United States Attorney, and represents as follows:

1. By Pretrial Order, dated October 28, 2020, counsel for the parties were directed to meet by November 3, 2020, to discuss any pretrial matters and to provide the opportunity for discovery to defense counsel.

2. The Court's Order also directs counsel, by November 6, 2020, to file a status report with the Court.

3. Pursuant to this Order, counsel for the government hereby indicates that the government has provided to defense counsel all

discoverable documents and information presently contained in the government's file.

4. In addition, the parties hereby report to the Court that, at the present time, the parties have no matters which are in dispute which require the Court's attention. Should matters in dispute arise which require the Court's attention, the parties will notify the Court of same.

    Respectfully submitted,

    DAVID J. FREED
    UNITED STATES ATTORNEY

    /s/ Robert J. O'Hara
    ROBERT J. O'HARA
    Assistant United States Attorney
    ID No. 47264
    P.O. Box 309
    Scranton, PA 18501-0309
    (570) 348-2800 (telephone)
    (570) 348-1908 (facsimile)
    Robert.o'hara@usdoj.gov

Date: November 6, 2020