THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:20-CR-269 |
| | : (JUDGE MARIANI) |
| THOMAS HARTLEY | : |
| Defendant. | : |

ORDER

AND NOW, THIS 5th DAY OF APRIL, 2021, upon consideration of Defendant's Motion to Continue Pretrial Motions Deadline and Trial (Doc. 34) and the Government's concurrence therewith, the Court finds that the ends of justice will be served by affording such an extension. The Court further finds that an extension outweighs the best interests of the public and the Defendant in a speedy trial, and that any delay occasioned by this continuance shall be excluded from speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7).

**ACCORDINGLY, IT IS HEREBY ORDERED THAT** Defendant's Motion (Doc. 34) is **GRANTED**. Defendant shall file all pretrial motions no later than **May 31, 2021**. Jury Selection and Trial will be scheduled after the expiration of the motion deadline, or, if one or

more pretrial motions are filed, or a motion seeking a further extension of time to file pretrial motions is granted, after the resolution of any such pretrial motion that may be filed.

_____
Robert D. Mariani
United States District Judge