CLOSED

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CRIMINAL DOCKET FOR CASE #: 5:21-mj-01655-1
# Internal Use Only

| | |
|---|---|
| Case title: USA v. HARTLEY | Date Filed: 11/01/2021 |
| Other court case number: 20-CR-269 MD OF PA | Date Terminated: 11/01/2021 |

Assigned to: Unassigned

### Defendant (1)

**THOMAS HARTLEY**
*TERMINATED: 11/01/2021*

represented by **KATHLEEN M. GAUGHAN**
FEDERAL DEFENDERS OFFICE
601 WALNUT STREET
SUITE 540
PHILADELPHIA, PA 19106
215-928-1100
Email: kathleen_gaughan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| IN VIOLATION OF 18 USC 641, 287 AND 1001 | |

**Plaintiff**

USA     represented by    **CHARLES JOHN VOLKERT , JR.**
USAO-PAE
504 W HAMILTON ST SUITE 3701
ALLENTOWN, PA 18101
215-861-8405
Email: charles.volkert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2021 | | Arrest (Rule 40) of THOMAS HARTLEY (er, ) (Entered: 11/02/2021) |
| 11/01/2021 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE HENRY S. PERKIN : IA/AC/IDENT/DET as to THOMAS HARTLEY held on 11/1/21. Deft. stipulated to pretrial detention and identity. Court Reporter esr.(er, ) Modified on 11/2/2021 (er, ). (Entered: 11/02/2021) |
| 11/01/2021 | 2 | WAIVER of Rule 5 Hearing by THOMAS HARTLEY (er, ) (Entered: 11/02/2021) |
| 11/01/2021 | 3 | COMMITMENT TO ANOTHER DISTRICT AS TO THOMAS HARTLEY. DEFENDANT COMMITTED TO MIDDLE DISTRICT OF PENNSYLVANIA. Signed by MAGISTRATE JUDGE HENRY S. PERKIN on 11/1/21.11/2/21 Entered and Copies E-Mailed. (er, ) (Entered: 11/02/2021) |
| 11/02/2021 | | (Court only) ***Case Terminated as to THOMAS HARTLEY (er, ) (Entered: 11/02/2021) |
| 11/03/2021 | | *** TRANSFER AS TO THOMAS HARTLEY TO THE MIDDLE DISTRICT OF PENNSYLVANIA *** (ke, ) (Entered: 11/03/2021) |