IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

|  NO   INTERPRETER NEEDED | : | DATE: 11/01/21 |
|---|---|---|
|  | : | HEARING TYPE:  IA/AC/IDENT/DET |
| Date of Arrest: 10/29/21 | | |
| Trial Date: | : | ESR: CARL HAUGER |
| UNITED STATES OF AMERICA | : | AUSA: CHARLES VOLKERT, JR. |
| | | MD OF PA NO. 3:20-CR-269 |
|      v. | : | ED OF PA NO. 21-MJ-1655 |
| THOMAS HARTLEY | : | KATHLEEN GAUGHAN |
| | | [] CJA Appointed |
| | : | [] Retained |
| | | [x] Defenders' Assn. Apptd. |

After a hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after a hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

The Government's Motion for Temporary Detention is Granted.  A detention and probable cause hearing and are scheduled for

      [x] The Defendant stipulated to [x] pretrial detention and [x] identity and [] probable cause.

      [] The Government's Motion for Pretrial Detention is Granted.  The Defendant is detained pending further proceedings**.**

      [] The Government's Motion for Pretrial Detention is Denied.  See attached Conditions of Release Order.

      [] The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

      [] Probable Cause for the violation of supervised release found, Defendant detained (released on conditions as outlined in the "Conditions of Release Order") pending final VOP hearing before _____.

      [x] Colloquy on defendant's financial qualifications for court-appointed counsel

      [x] Other –  **Charges:  18 USC 641, 287 AND 1001.**

      [] After a hearing probable cause was found by the Court.

      [] Plea:  Not Guilty to All Count(s).  Counsel have 14 days to file pretrial motions.

[x] The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

BY:
        */s/* HENRY S. PERKIN
        UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   20 MINUTES**
*(Form Revised June 2021)*