THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:20-CR-269 |
| v. | : (JUDGE MARIANI) |
| | : |
| THOMAS HARTLEY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 5th DAY OF JANUARY 2022, for the reasons set forth in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Thomas Hartley's "Motion to Dismiss Indictment as Duplicitous" (Doc. 36) is **DENIED.**

2. Defendant Thomas Hartley's "Motion to Dismiss Indictment" (Doc. 39) is **DENIED.**

Robert D. Mariani
United States District Judge