THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:20-CR-269 |
| v. | : (JUDGE MARIANI) |
| | : |
| THOMAS HARTLEY, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 5th DAY OF APRIL 2022, for the reasons set forth in this Court's accompanying Memorandum Opinion, upon consideration of Defendant's Motion to Sever Counts I-IV, V-X and XI-XIII (Doc. 98), **IT IS HEREBY ORDERED THAT** Defendant's Motion to Sever Counts I-IV, V-X and XI-XIII is **DENIED.**

Robert D. Mariani
United States District Judge